Maurice M. Myers and Oppenheim & Lampert, for Appellants.

Bissell & Bird, R. S. Anderson and W. C. Loofbourrow, for Respondent.

LEE, District Judge.—This case is controlled in principle by the decision just announced in *Power County, Idaho, a Municipal Corporation, v. Evans Brothers Land & Live Stock Company, a Corporation, and J. Paul Evans,* Case No. 4598, *ante,* p. 158, 252 Pac. 182.

The judgment is affirmed. Costs to respondent.

Givens and Taylor, JJ., concur.

---

(October 19, 1926.)

CITY OF AMERICAN FALLS, POWER COUNTY, IDAHO, a Municipal Corporation, Respondent, v. EVANS BROTHERS LAND AND LIVE STOCK COMPANY, a Corporation, and J. PAUL EVANS, Appellants.

[252 Pac. 185.]

APPEAL from the District Court of the Fifth Judicial District, for Power County. Hon. Ralph W. Adair, Judge.

Action to recover on depository bond. Judgment for plaintiff. *Affirmed.*

Maurice M. Myers and Oppenheim & Lampert, for Appellants.

Bissell & Bird, R. S. Anderson and W. C. Loofbourrow, for Respondent.

LEE, District Judge.—This case is controlled in principle by the decision just announced in *Power County, a Municipal Corporation, v. Evans Brothers Land & Live Stock Company, a Corporation, and J. Paul Evans,* Case No. 4598, *ante,* p. 158, 252 Pac. 182.

The judgment is affirmed. Costs to respondent.

Givens and Taylor, JJ., concur.